IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY CALLAN, | ) | CASE NO. 1:21-cv-01479-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| AUTOZONE STORES, LLC | ) | **MOTION TO WITHDRAW AS ATTORNEY** |
| | ) | |
| Defendant. | ) | |

Attorney Rocco Screnci of The Spitz Law Firm, LLC moves the Court to permit him to withdraw as counsel for Plaintiff Jeremy Callan in the above-captioned matter. Attorneys Screnci and Brian Spitz of The Spitz Law Firm, LLC were both named as counsel for Callan when his Complaint was filed in the Cuyahoga County Court of Common Pleas. Defendant removed the case to this Court on July 29, 2021. This Court issued a notice to Attorney Screnci on August 2, 2021 instructing Attorney Screnci to move for admission to practice before the Court, appear pro hac vice, or withdraw as counsel under Local Rule 83.9.

Accordingly, Attorney Screnci files this Motion to Withdraw as Attorney under Local Rule 83.9. This Motion is not intended to affect the status of Attorney Spitz, who remains Counsel of Record for Plaintiff Jeremy Callan.

Respectfully submitted,

FILED

AUG 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

/s/ Rocco J Screnci
Brian D. Spitz (0068816)
Rocco J. Screnci (0100333)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:   (216) 291-5744
Email: brian.spitz@spitzlawfirm.com
       rocco.screnci@spitzlawfirm.com

The Employee's Attorney.™



## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2021, a copy of the foregoing was filed via USPS. A courtesy copy was also sent by electronic mail to:

Eric L. Zalud, Esq. (0038959)
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216-363-4178
Facsimile: 216-363-4588
Email: ezalud@Beneschlaw.com

                                                /s/ *Rocco J Screnci*
                                                Rocco J. Screnci (0100333)
                                                **THE SPITZ LAW FIRM, LLC**

The Employee's Attorney.™