# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEREMY CALLAN | ) |
| | ) CASE NO. 1:21-cv-01479 |
| | ) |
| | ) JUDGE PAMELA A. BARKER |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **DECLARATION OF TRACY E. KERN** |
| | ) |
| AUTOZONE STORES LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 1746, I, Tracy E. Kern, declare under penalty of perjury that the following statements are true and correct:

  1. I am an attorney and a member of the law firm of Jones Walker LLP, 201 St. Charles Avenue, 47th Floor, New Orleans, Louisiana, 70170. My telephone number is (504) 582-8134, my facsimile number is (504) 589-8134, and my email address is tkern@joneswalker.com.

  2. I have been retained personally or as a member of the above-named law firm by Defendant AutoZoners, LLC (incorrectly named as "AutoZone Stores LLC") to provide legal representation in connection with the above-styled case now pending in the U.S. District Court, Northern District of Ohio.

  3. I am an active member in good standing and currently eligible to practice law in the jurisdictions listed on the attachment.

  4. I have never been disbarred or suspended from practice before any court,

{N4433925.1}

department, bureau or commission of any State or the United States, or have ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5. I am familiar with the Local Rules of the United States District Court for the Northern District of Ohio.

Dated: August 18, 2021

*Tracy E K*

_____

TRACY E. KERN

{N4433925.1}

# PRESENTLY ADMITTED TO PRACTICE:

| | |
|---|---|
| Louisiana Supreme Court | Admitted 10/5/90 |
| United States District Court Eastern District of Louisiana | Admitted 10/19/90 |
| United States District Court Western District of Louisiana | Admitted 2/91 |
| United States District Court Middle District of Louisiana | Admitted 2/91 |
| United States Court of Appeals Fifth Circuit | Admitted 7/92 |
| United States Court of Appeals Ninth Circuit | Admitted 10/92 |
| United States Court of Appeals Sixth Circuit | Admitted 9/94 |
| United States District Court District of Colorado | Admitted 6/98 |
| United States Court of Appeals Seventh Circuit | Admitted 10/16/00 |
| United States District Court Western District of Texas | Admitted 11/1/02 |
| United States District Court Central District of Illinois | Admitted 6/2/03 |
| United States Court of Appeals First Circuit | Admitted 2003 |
| United States District Court Northern District of Florida | Admitted 6/27/05 |
| United States Court of Appeals Eleventh Circuit | Admitted 12/28/10 |
| United States District Court Western District of Michigan | Admitted 3/12/12 |
| United States District Court Eastern District of Michigan | Admitted 10/11/12 |

| | |
|---|---|
| United States Court of Appeal<br>Third Circuit | Admitted 3/31/14 |
| United States District Court<br>Western District of Tennessee | Admitted 12/30/14 |
| United States Court of Appeals<br>Seventh Circuit | Admitted 10/28/15 |
| United States Court of Appeals<br>Fourth Circuit | Admitted 10/9/18 |
| United States District Court<br>Southern District of Texas | Admitted 3/18/21 |
| United States District Court<br>Northern District of Texas | Admitted 4/14/21 |